UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

In re: § Case No. 2:11-bk-16499CGC
 §
DUANE D. STULLER §
 §
 §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Roger W. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | $217,233.08 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $951.63 | Claims Discharged Without Payment: | $76,315.77 |
| Total Expenses of Administration: | $548.37 | | |

3) Total gross receipts of $1,500.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $1,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $197,277.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $548.37 | $548.37 | $548.37 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $66,519.88 | $10,747.52 | $10,747.52 | $951.63 |
| **Total Disbursements** | $263,796.88 | $11,295.89 | $11,295.89 | $1,500.00 |

4). This case was originally filed under chapter 7 on 06/07/2011. The case was pending for -1337 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/08/2012     By: /s/ Roger W. Brown
                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2006 FORD MUSTANG | 1129-000 | $1,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,500.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BAC HOME LOAN SERVICING | 4110-000 | $177,668.00 | NA | $0.00 | $0.00 |
| | GREENTREE SERVICING LLC | 4110-000 | $17,079.00 | NA | $0.00 | $0.00 |
| | STONECREST HOA | 4110-000 | $30.00 | NA | $0.00 | $0.00 |
| | WELLS FARGO | 4110-000 | $2,500.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$197,277.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Roger W. Brown, Trustee | 2100-000 | NA | $375.00 | $375.00 | $375.00 |
| Roger W. Brown, Trustee | 2200-000 | NA | $48.37 | $48.37 | $48.37 |
| The Bank of New York Mellon | 2600-000 | NA | $125.00 | $125.00 | $125.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $548.37 | $548.37 | $548.37 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FIA CARD SERVICES | 7100-000 | NA | $10,747.52 | $10,747.52 | $951.63 |
|  | AMAZONE.COM | 7100-000 | $14,938.25 | NA | NA | $0.00 |
|  | BANK OF AMERICA | 7100-000 | $10,570.00 | NA | NA | $0.00 |
|  | BEST BUY | 7100-000 | $12,199.76 | NA | NA | $0.00 |
|  | CHASE | 7100-000 | $16,711.00 | NA | NA | $0.00 |
|  | CHASE | 7100-000 | $7,268.00 | NA | NA | $0.00 |
|  | GEMB/CARE CREDIT | 7100-000 | $965.00 | NA | NA | $0.00 |
|  | GEMB/WALMART | 7100-000 | $529.00 | NA | NA | $0.00 |
|  | HSBC | 7100-000 | $1,580.00 | NA | NA | $0.00 |
|  | HSBC/BSBUY | 7100-000 | $1,580.87 | NA | NA | $0.00 |
|  | NATIONAL CREDIT SOLUTIONS | 7100-000 | $178.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $66,519.88 | $10,747.52 | $10,747.52 | $951.63 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| | |
|---|---|
| Case No.: | 11-16499 PHX CGC |
| Case Name: | STULLER, DUANE D. |
| For the Period Ending: | 10/8/2012 |

| | |
|---|---|
| Trustee Name: | Roger W. Brown |
| Date Filed (f) or Converted (c): | 06/07/2011 (f) |
| §341(a) Meeting Date: | 07/14/2011 |
| Claims Bar Date: | 04/18/2012 |

| Ref. # | 1<br>Asset Description<br>(Scheduled and<br>Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Value | 3<br>Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA =§ 554(a) abandon. | 5<br>Sales/Funds<br>Received by<br>the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | PRIMARY RESIDENCE | $75,000.00 | $0.00 | | $0.00 | FA |
| 2 | BANK ACCOUNT | $6.32 | $0.00 | | $0.00 | FA |
| 3 | HOUSEHOLD GOODS & FURNISHINGS | $1,200.00 | $0.00 | | $0.00 | FA |
| 4 | WEARING APPAREL | $250.00 | $0.00 | | $0.00 | FA |
| 5 | HOBBY EQUIPMENT | $75.00 | $0.00 | | $0.00 | FA |
| 6 | 401K | $61,583.08 | $0.00 | | $0.00 | FA |
| 7 | 2006 FORD MUSTANG | $11,515.00 | $1,500.00 | | $1,500.00 | FA |
| 8 | PETS | $75.00 | $0.00 | | $0.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $0.00 | Unknown |

**TOTALS (Excluding unknown value)**         $149,704.40     $1,500.00         $1,500.00     **Gross Value of Remaining Assets** $0.00

**Major Activities affecting case closing:**
TRACK 1035

| | | | | |
|---|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2012 | **Current Projected Date Of Final Report (TFR):** | 06/01/2012 | /s/ ROGER W. BROWN |
| | | | | ROGER W. BROWN |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-16499 PHX CGC | | Trustee Name: | Roger W. Brown |
|---|---|---|---|---|
| Case Name: | STULLER, DUANE D. | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******4829 | | Checking Acct #: | ******2665 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 6/7/2011 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 10/8/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/16/2012 | (7) | DUANE STULLER | CT APPROVED SETTLEMENT- AUTO | 1129-000 | $1,500.00 | | $1,500.00 |
| 01/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $1,475.00 |
| 02/29/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $1,450.00 |
| 03/30/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $1,425.00 |
| 04/30/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $1,400.00 |
| 05/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $1,375.00 |
| 08/10/2012 | | Integrity Bank | Transfer Funds | 9999-000 | | $1,375.00 | $0.00 |

|  |  |  |
|---|---|---|
| TOTALS: | $1,500.00 | $1,500.00 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $1,375.00 | |
| Subtotal | $1,500.00 | $125.00 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $1,500.00 | $125.00 | |

For the period of 6/7/2011 to 10/8/2012

| | |
|---|---|
| Total Compensable Receipts: | $1,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $125.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $125.00 |
| Total Internal/Transfer Disbursements: | $1,375.00 |

For the entire history of the account between 01/16/2012 to 10/8/2012

| | |
|---|---|
| Total Compensable Receipts: | $1,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $125.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $125.00 |
| Total Internal/Transfer Disbursements: | $1,375.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-16499 PHX CGC | Trustee Name: | Roger W. Brown |
| --- | --- | --- | --- |
| Case Name: | STULLER, DUANE D. | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | ******4829 | Checking Acct #: | ******6499 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | DDA |
| For Period Beginning: | 6/7/2011 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 10/8/2012 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/10/2012 |  | The Bank of New York Mellon | Transfer Funds | 9999-000 | $1,375.00 |  | $1,375.00 |
| 08/31/2012 | 5001 | Roger W. Brown | Trustee Compensation | 2100-000 |  | $375.00 | $1,000.00 |
| 08/31/2012 | 5002 | Roger W. Brown | Trustee Expenses | 2200-000 |  | $48.37 | $951.63 |
| 08/31/2012 | 5003 | FIA CARD SERVICES |  | 7100-000 |  | $951.63 | $0.00 |

|  |  |  |
| --- | --- | --- |
| TOTALS: | $1,375.00 | $1,375.00    $0.00 |
| Less: Bank transfers/CDs | $1,375.00 | $0.00 |
| Subtotal | $0.00 | $1,375.00 |
| Less: Payments to debtors | $0.00 | $0.00 |
| Net | $0.00 | $1,375.00 |

**For the period of 6/7/2011 to 10/8/2012**

| | |
| --- | --- |
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $1,375.00 |
| | |
| Total Compensable Disbursements: | $1,375.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,375.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/10/2012 to 10/8/2012**

| | |
| --- | --- |
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $1,375.00 |
| | |
| Total Compensable Disbursements: | $1,375.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,375.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| **Case No.** | 11-16499 PHX CGC | **Trustee Name:** | Roger W. Brown |
| **Case Name:** | STULLER, DUANE D. | **Bank Name:** | Integrity Bank |
| **Primary Taxpayer ID #:** | ******4829 | **Checking Acct #:** | ******6499 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | DDA |
| **For Period Beginning:** | 6/7/2011 | **Blanket bond (per case limit):** | $1,000,000.00 |
| **For Period Ending:** | 10/8/2012 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $1,500.00 | $1,500.00 | $0.00 |

| For the period of 6/7/2011 to 10/8/2012 | | For the entire history of the case between 06/07/2011 to 10/8/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,500.00 | Total Compensable Receipts: | $1,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,500.00 | Total Comp/Non Comp Receipts: | $1,500.00 |
| Total Internal/Transfer Receipts: | $1,375.00 | Total Internal/Transfer Receipts: | $1,375.00 |
| | | | |
| Total Compensable Disbursements: | $1,500.00 | Total Compensable Disbursements: | $1,500.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,500.00 | Total Comp/Non Comp Disbursements: | $1,500.00 |
| Total Internal/Transfer Disbursements: | $1,375.00 | Total Internal/Transfer Disbursements: | $1,375.00 |